```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF HAWAII
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 06-00469 HG-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING MAGISTRATE'S |
| vs. | ) | FINDINGS AND RECOMMENDATION |
| | ) | (DOC. 274) TO DENY DEFENDANT |
| SYED QADRI(01); PATRICIA | ) | SYED QADRI'S MOTION TO |
| ROSZKOWSKI (02); RUBEN | ) | DISMISS INDICTMENT AND |
| CARILLO GONZALEZ aka "RUBEN | ) | SUPERSEDING INDICTMENT (DOC. |
| CARILLO" (03); JEFFREY | ) | 258) |
| GREENHUT (04), | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION (DOC. 274) TO DENY DEFENDANT SYED QADRI'S MOTION TO DISMISS INDICTMENT AND SUPERSEDING INDICTMENT (DOC. 258)

Findings and Recommendation having been filed and served on all parties on July 16, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, (Doc. 274) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 26, 2009.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge